UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANDREW TRIANDAFILOU, | : | Civil No. 10-3798 (SRC) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| KEAN UNIVERSITY, | : | |
| Defendant. | : | |

This matter having come before this Court on the application filed by Plaintiff Andrew Triandafilou to file a Complaint <u>in forma pauperis</u> without prepayment of fees pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit in support of the application which states that he is presently employed with an annual income exceeding $75,000.00; and it appearing that Plaintiff has not shown indigence to justify granting him <u>in forma pauperis</u> status pursuant to 28 U.S.C. § 1915; and good cause appearing,

**IT IS** therefore on this 16th day of August, 2010,

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby **DENIED**.

   s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge